JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN LYNN JEFFRIES,** | Case No. 2:16-cv-04806 CAS (MAA) |
| Plaintiff, | **ORDER** |
| v. | |
| **A.H. MARTINEZ, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

**IT IS SO ORDERED**.

Dated: 11/20/20

_____
The Honorable Maria A. Audero

LA2020601820
63764086.docx

1